# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2203
_____

Lateshia Patillo

*Plaintiff - Appellant*

v.

Sysco Arkansas, a Division of Sysco USA II, LLC, originally Sued As Sysco
Foods of Arkansas LLC, other Sysco USA II LLC

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock
_____

Submitted: February 19, 2020
Filed: February 24, 2020
[Unpublished]
_____

Before GRUENDER, WOLLMAN, and STRAS, Circuit Judges.
_____

PER CURIAM.

Lateshia Patillo appeals after the district court's[1] adverse grant of summary judgment in this employment discrimination action. Patillo's notice of appeal (NOA) designated her intent to appeal the district court's order granting summary judgment. In her brief, however, she identifies only decisions by the district court prior to the summary judgment order. We conclude that the issues identified by Patillo are outside the scope of this appeal. See USCOC of Greater Mo. v. City of Ferguson, 583 F.3d 1035, 1040 (8th Cir. 2009) (no jurisdiction to decide issues on appeal that were not designated, and therefore preserved, in NOA); cf. Chambers v. City of Fordyce, 508 F.3d 878, 881 (8th Cir. 2007) (per curiam) (although timely NOA as to final order is potentially effective to appeal earlier orders, NOA must designate judgment, order, or part thereof being appealed). We further conclude that Patillo has waived any issues pertaining to the summary judgment order, as she has not meaningfully identified or argued any such issues on appeal. See Ahlberg v. Chrysler Corp., 481 F.3d 630, 638 (8th Cir. 2007) (points not meaningfully argued on appeal are waived). The judgment is affirmed. See 8th Cir. R. 47B.

---

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, now retired.